NO. 07-01-00300-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 10, 2001

______________________________

ROBERT LEONE,

Appellant

v.

EDWARD LEONE,

Appellee

_________________________________

FROM THE 234th DISTRICT COURT OF HARRIS COUNTY;

NO. 2000-32388; HON. SCOTT A. BRISTER , PRESIDING

_______________________________ 

ORDER ON APPELLANT’S MOTION TO DISMISS APPEAL

________________________________

Before BOYD, C.J., QUINN and REAVIS, JJ.

Robert Leone, appellant, has moved to dismiss his appeal contending that “the parties have reached an agreement and therefore Appellant no longer desires to pursue this appeal.”  Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal.  Having dismissed the appeal at appellant’s personal request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

   Brian Quinn 

                                           Justice

Do not publish.